IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIN TAYLOR,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 24-CV-2019** |
| : | |
| **MICHAEL MILER,** *et al*. : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 10th day of March, 2025, upon consideration of *pro se* Plaintiff Erin Taylor's Motion to Stay Civil Proceedings (ECF No. 12), it is **ORDERED** that:

1. Taylor's Motion to Stay Civil Proceedings (ECF No. 12) is **GRANTED**. All further proceedings in this matter shall remain **STAYED** until Taylor informs this Court that she has exhausted her state court appellate rights with respect to her related criminal proceeding, *Commonwealth v. Taylor*, CP-23-CR-0002451-2022 (C.P. Delaware). Taylor must notify the Court within <u>thirty (30) days of exhausting her state court appellate rights</u> that she intends to pursue the claim in the instant case. Failure to comply with this Order may result in dismissal of this case.

2. The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time.

3. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date 90 days following the issuance of summonses by the Clerk of Court upon further order of the Court.

**BY THE COURT:**

*/s/ John F. Murphy*
**JOHN F. MURPHY, J.**